UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandria Jones : 
Plaintiff

:

V. : CA No 08-620 CKK

Janice Quintana, et al :
Defendants :

### SERVICE OF PROCESS

1. April 15, 2008 a copy of the summons and complaint in the above-captioned case was served on the office of the District of Columbia's government at 1315 Pennsylvania Avenue, NW, Washington, DC 20004. The receipt for services was signed by M. Smith. Attached is the green card showing the date and signature.

2. April 14, 2008 a copy of the summons and complaint in the above-captioned case was served on the Office of Attorney General, D.C. Government at 441 4th Street, NW, #601, Washington, DC 20001. Attached is the confirmation from the postal service showing the date of delivery.

*(signature)*
Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-4558

Dated: April 29, 2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tavitha Braxton
1215 Penn Ave, NW
Suite 419
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Smith
☐ Agent
☐ Addressee

B. Received by (Printed Name)
DC Gov't

C. Date of Delivery
4-15-2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0005 5164 5500

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Direct Query - Intranet - "Quick" Search                                            Page 1 of 1



Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7003 1680 0005 5164 5494 | | Service Calculation Acceptance Date/Time: 04/11/2008 12:03 | |
|---|---|---|---|
| **Destination** | ZIP Code: 20001 | City: WASHINGTON | State: DC |
| **Origin** | ZIP Code: 20013-9998 | City: WASHINGTON | State: DC |

**Class:** First Class
**Anticipated Delivery Date:** 04/12/2008
**Weight:** 0 lb(s) 4 oz(s)                    **Postage:** $1.31
**Firm Book ID:** 5103 0SGS D426 4057 9755
**Delv Rqmt:** Normal                           **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1680 0005 5164 5494 | $2.65 |
| RETURN RECEIPT | | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 04/14/2008 17:07 | WASHINGTON, DC 20001 | 030SGSD459 |
| | Firm Name: DC GOV 441 4TH ST NW | | |
| | Recipient: 'M NORRIS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 04/14/2008 12:35 | WASHINGTON, DC 20001 | 030SGSD426 |
| ACCEPT OR PICKUP | 04/11/2008 12:03 | WASHINGTON, DC 20013 | |



Enter Request Type and Item Number:

Quick Search ⊙       Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do                                              4/28/2008