UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandria Jones  :
   Plaintiff

                              :

V.                              : Ca No. 08-0620 CKK

Janice Quintana, et al.  :
   Defendants  :

AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER
THE DEFAULT OF ALEXANDRIA JONES
(Fed.R.Civ.P. 55(a))

Jerome E. Clair, being duly sworn, deposes and states:

1. My name is Jerome E. Clair.

2. I am over 18 years of age. I reside at 142 Michigan Avenue, NE, Washington, DC. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the attorney in this action.

4. On April 14, 2008 I properly served the summons and complaint on The District Of Columbia's Office of the Attorney General under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to this Court in a Proof of Service dated April 14, 2008. The proof of Service was duly filed with this Court on April 29, 2008 and a copy of the Proof is attached to this Affidavit.

5. On April 15, 2008 I properly served the summons and complaint on the Office of The Secretary of the District Of Columbia under the provisions of Rule 4 of the federal Rules of Civil

Procedure and certified that fact to this Court in a proof of Service dated April 15, 2008. The proof of Service was duly filed with this Court April 29, 2008 and a copy of the Proof is attached to this Affidavit.

I, declare under penalty of perjury that the foregoing affidavit is true and correct.

_____  
Jerome E. Clair

Executed May 12, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandria Jones  :
  Plaintiff

                              :

V.  : 08-0620 CKK

Janice Quintana, et al.  :
  Defendants  :

REQUEST TO ENTER DEFAULT
(Fed. R. Civ. P. 55(a))

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

    Plaintiff, Alexandria Jones, requests that the Clerk of this court enter the default of defendants, Janice Quintana and the District Of Columbia, for failure to plead or otherwise defend in a timely manner as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

    This request is based on the attached Affidavit of Jerome E. Clair which shows:

1. The District of Columbia's Office of the Attorney General was served with the summons and complaint.

2. The Office of The Secretary of The District of Columbia was served with the summons and complaint.

3. The proof of Service filed with this Court on April 29, 2008 establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. A copy of he Proof of Service is attached to th Affidavit of Jerome E. Clair as Exhibit "A".

4. The applicable time limit for responding has expired.

5. The Office of Secretary of the District of Columbia is not an infant or an incompetent person.

6. The District of Columbia's Office of the Attorney General is not an infant or incompetent person.

7. Neither the office of the Secretary of the District Of Columbia nor the Office of The attorney General for the District of Columbia are in military service.

Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-4558
Attorney for Plaintiff, Alexandria Jones

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandria Jones  :
   Plaintiff

        :

V.  : Ca No. 08-0620 CKK

Janice Quintana, et al.  :
   Defendants  :

AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER
THE DEFAULT OF ALEXANDRIA JONES
(Fed.R.Civ.P. 55(a))

Jerome E. Clair, being duly sworn, deposes and states:

1. My name is Jerome E. Clair.

2. I am over 18 years of age. I reside at 142 Michigan Avenue, NE, Washington, DC. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the attorney in this action.

4. On April 14, 2008 I properly served the summons and complaint on The District Of Columbia's Office of the Attorney General under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to this Court in a Proof of Service dated April 14, 2008. The proof of Service was duly filed with this Court on April 29, 2008 and a copy of the Proof is attached to this Affidavit.

5. On April 15, 2008 I properly served the summons and complaint on the Office of The Secretary of the District Of Columbia under the provisions of Rule 4 of the federal Rules of Civil

1

Procedure and certified that fact to this Court in a proof of Service dated April 15, 2008. The proof of Service was duly filed with this Court April 29, 2008 and a copy of the Proof is attached to this Affidavit.

I, declare under penalty of perjury that the foregoing affidavit is true and correct.

_____
Jerome E. Clair

Executed May 12, 2008