UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA JONES<br>1916 County Road<br>Apartment 203<br>District Heights, MD  20747<br><br>           Plaintiff,<br><br>           v.<br><br>JANICE QUINTANA<br>Director, Office of Unified Communications<br><br>And<br><br>THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Washington, DC 20001<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-00620 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S REQUEST FOR DEFAULT**

Defendant District of Columbia, by and through counsel, herein opposes Plaintiff's Request for the Entry of Default. Plaintiff is not entitled to an entry of default because service against the District is not proper.[1] In support of its opposition to Plaintiff's request, the District states as follows:

1.    On or about April 10, 2008, Plaintiff filed the above-captioned matter. See Docket Entry #1. The summons and complaint were sent to the Office of the Secretary for the District of Columbia and the Office of the Attorney General on or about April 17, 2008. However, service is not in compliance with Fed. R. Civ. P. 4.

---

[1] Plaintiff appears to also seek default against Defendant Janice Quitana. However, there is absolutely no proof in this record that she was properly served.

2. Fed. R. Civ. P. 4(j) is clear in its mandate. Service may be accomplished by delivering a copy of the summons and of the complaint to the local government's chief executive officer, or serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant. As evidenced by Plaintiff's purported proof of service, a copy of the summons and complaint was not properly served on the Chief Executive Officer or his designee(s).[2] Instead, while the returned green card is addressed to the Mayor's designee Tabitha Braxton, the card is not signed by Ms. Braxton, but by M. Smith. See Docket Entry # 3.

3. Service by certified mail is improper where the certified mail is signed for by someone other than the party to the lawsuit who is not an agent authorized by appointment or by law to receive service of process. *See, Cheng v. Cheung*, 710 A.2d 877 (D.C. 1998) (service upon the defendant's wife at the place of business rather than the residence was improper); *Morfessis v. Marvins Credit, Inc.,* 77 A.2d 178 (D.C. 1950) (service by certified mail on defendant at place of business where signed by secretary is improper without showing that secretary was agent authorized to receive service of process).

4. Plaintiff bears the burden of proof to show that service is proper. *See McLaughlin v. Fidelity Sec. Life Ins.,* 667 A.2d 105 (D.C. 1995), holding whether defendant received actual notice of the action is immaterial to the sufficiency of service of process. Because this record contains no evidence that service of process against the

---

[2] Although plaintiff has filed an Affidavit of Service by Registered/Certified Mail, claiming to have served Tabatha Braxton on April 18, 2008, the attached green card clearly demonstrates that Ms. Braxton was not the party who accepted service by signing the green card. *See* Docket Entry #3.

Chief Executive Officer, i.e., the Office of the Mayor, is proper, entry of default against the District is inappropriate and contrary to law.

WHEREFORE, the District requests this Court to deny Plaintiff's Request for Default.

        Respectfully Submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        _____/s/_____
        DWAYNE C. JEFFERSON[3]
        Assistant Attorney General
        One Judiciary Square
        441 4th St., N.W., 6th Floor South
        Washington, D.C. 20001
        (202) 724-6649; (202) 741-0554
        dwayne.jefferson@dc.gov

---

[3] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA JONES<br>1916 County Road<br>Apartment 203<br>District Heights, MD   20747<br><br>        Plaintiff,<br><br>        v.<br><br>JANICE QUINTANA<br>Director, Office of Unified Communications<br><br>And<br><br>THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Washington, DC 20001<br><br>        Defendants. | C.A. No. 08-00620 (CKK) |

ORDER

Upon consideration of Plaintiff's Request for Default, the District of Columbia's opposition thereto, and the fact that Plaintiff has failed to show that service against either Defendants District of Columbia or Janice Quintana is proper, it is this ___ day of May 2008,

ORDERED:  that Plaintiff's Request is hereby DENIED for the reasons set forth in the District's Opposition.

SO ORDERED.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia