UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandria Jones  :
   Plaintiff

V.  : CA No 08-620 CKK

Janice Quintana, et al  :
   Defendants  :

## SERVICE OF PROCESS

1. May 15, 2008 a copy of the summons and complaint in the above-captioned case was served on Tabitha Braxton in the office of the District of Columbia's government at 1350 Pennsylvania Avenue, NW, Washington, DC 20004. The confirmation of delivery by the U.S. Postal service is attached.

2. April 14, 2008 a copy of the summons and complaint in the above-captioned case was served on the Office of Attorney General, D.C. Government at 441 4th Street, NW, #601, Washington, DC 20001. Attached is the confirmation from the postal service showing the date of delivery.

Dated: May 27, 2008

Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-4558



Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7003 1680 0005 5164 5517 | | Service Calculation Acceptance Date/Time: 05/14/2008 16:45 | |
|---|---|---|---|
| **Destination** ZIP Code: 20004 | | City: WASHINGTON | State: DC |
| **Origin** ZIP Code: 20066-9998 | | City: WASHINGTON | State: DC |

**Class:** First Class
**Anticipated Delivery Date:** 05/15/2008
**Weight:** 0 lb(s) 3 oz(s)　　　　**Postage:** $1.17
**Firm Book ID:** 5103 0SGU 1063 4324 5045
**Delv Rqmt:** Normal Delivery　　　**PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1680 0005 5164 5517 | $2.70 |
| RETURN RECEIPT | | $2.20 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 05/15/2008 14:53 Firm Name: MAYOR Recipient: 'L LAWRENCE' | WASHINGTON, DC 20004 | 030SGSE629 |
| ARRIVAL AT UNIT | 05/15/2008 09:51 | WASHINGTON, DC 20004 | 030SGU1063 |
| ARRIVAL AT UNIT | 05/15/2008 09:26 | WASHINGTON, DC 20004 | 030SGU1063 |
| ACCEPT OR PICKUP | 05/14/2008 16:45 | WASHINGTON, DC 20066 | |

Request Delivery Record
View Delivery Signature and Address

Enter Request Type and Item Number:

Quick Search ⦿　　　Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do　　　　　　　　　　　　　　5/22/2008



**Track/Confirm - Intranet Item Inquiry**
Item Number: 7003 1680 0005 5164 5517

This item was delivered on 05/15/2008 at 14:53



Signature: [signature]

Address: 1350 Penn Ave

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



### Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7003 1680 0005 5164 5494 | | **Service Calculation Acceptance Date/Time:** 04/11/2008 12:03 | |
| **Destination** | **ZIP Code:** 20001 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20013-9998 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class
**Anticipated Delivery Date:** 04/12/2008
**Weight:** 0 lb(s) 4 oz(s)          **Postage:** $1.31
**Firm Book ID:** 5103 0SGS D426 4057 9755
**Delv Rqmt:** Normal          **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1680 0005 5164 5494 | $2.65 |
| RETURN RECEIPT | | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 04/14/2008 17:07 | WASHINGTON, DC 20001 | 030SGSD459 |
| | Firm Name: DC GOV 441 4TH ST NW | | |
| | Recipient: 'M NORRIS' | | |
| | [Request Delivery Record] | | |
| | [View Delivery Signature and Address] | | |
| ARRIVAL AT UNIT | 04/14/2008 12:35 | WASHINGTON, DC 20001 | 030SGSD426 |
| ACCEPT OR PICKUP | 04/11/2008 12:03 | WASHINGTON, DC 20013 | |

Enter Request Type and Item Number:

Quick Search ⊙          Extensive Search ○

[Explanation of Quick and Extensive Searches]

[            ]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

*USPS.Com Track + Confirm* (handwritten note)

http://pts.usps.gov/pts/labelInquiry.do          4/28/2008

Direct Query - Intranet

Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7003 1680 0005 5164 5494**

Jerome Clair
(202) 512-2220

This item was delivered on 04/14/2008 at 17:07

| | Delivery Section |
|---|---|
| Signature: | M Morris |
| | M Morris |
| Address: | 441 G St 64 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do                4/28/2008