UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexandrian Jones
Plaintiff
:

V.                                                                  : Ca No. 08-620 CKK
:

Janice Quintana, et al
Defendants
:

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

1. June 6, 2008 defendants filed a Motion To Dismiss Plaintiff's Complaint.

2. Because of other pressing matters, Plaintiff is requesting an extension of time until June 20, 2008 to file her Opposition to the Motion to Dismiss.

3. The defendants will not be prejudiced by this short extension.

_____                                  Date June 11, 2008
Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-4558
Attorney for plaintiff