UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08-620 (CKK) |
| | : | |
| JANICE QUINTANA, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MOTION TO ENLARGE TIME TO FILE REPLY BRIEF
ON BEHALF OF THE DISTRICT OF COLUMBIA AND JANICE QUINTANA**

Pursuant to Fed. R. Civ. P. 6(b), Defendants District of Columbia and Janice Quintana, by and through undersigned counsel, hereby move this Honorable Court for an enlargement of time — up to and including Saturday July 12, 2008, which extends to **July 14, 2008** per Fed. R. Civ. P. 6(a) — to file a brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss. As grounds therefor, Defendants represent as follows:

1. On or about June 5, 2008, Defendants filed a Motion to Dismiss. By Minute Order dated June 12th, this Honorable Court granted Plaintiff's Motion for Extension of Time — commanding Plaintiff to file his opposition by June 20th.

2. Plaintiff's timely filed opposition memorandum contains arguments that require precise and cogent responses and, due to the press of business, Defendants require additional time to draft an appropriate response.

4. Defendants, whose reply brief is due for filing on July 2nd, respectfully request that this Court extend the time to file their brief for an additional ten (10) days — up to and including July 12, 2008, which extends to **July 14, 2008** per Fed. R. Civ. P. 6(a).

5.Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6.Plaintiff objects to Defendants' request for an enlargement.

7.No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendants request additional time — up to and including July 12, 2008, which extends to **July 14, 2008** per Fed. R. Civ. P. 6(a) — to file their brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss. A memorandum of points and authorities in support of this motion is attached hereto.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

## **LCvR 7(m) CERTIFICATION**

I hereby certify that on July 1, 2008, Plaintiff counsel objected to the relief sought in this motion.

_____/s/_____
Dwayne C. Jefferson
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA JONES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 08-620 (CKK) |
| JANICE QUINTANA, *et al.,* | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
<u>MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF</u>**

In support of their Motion for Enlargement of Time to File a Reply Brief, Defendants District of Columbia and Janice Quintana rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. The record herein.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/_____
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA JONES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 08-620 (CKK) |
| JANICE QUINTANA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time to File a Reply Brief, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this _____ day of _____ 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That Defendants District of Columbia and Janice Quintana's time to file their brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss is extended up to and including July 14, 2008.

_____
**HON. COLLEEN KOLLAR-KOTELLY**
Judge, U.S. District Court for the District of Columbia